IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SOLOMON KENNEDY**                                                                         **PLAINTIFF**

v.                                                                 No. 4:23CV14-GHD-RP

**TATE REEVES, ET AL.**                                                    **DEFENDANTS**

**ORDER DISMISSING MOTIONS [31], [32], [33], [35], [36], [37]
SEEKING VARIOUS FORMS OF RELIEF**

This matter comes before the court on six motions [31], [32], [33], [35], [36], [37] filed by the plaintiff in this closed case. The plaintiff has "struck out" under the three strikes rule of the Prison Litigation Reform Act – and is thus unable to proceed as a pauper – because three or more of his previous cases in which he was proceeding as a pauper have been dismissed as either frivolous, malicious, or for failure to state a claim upon which relief could be granted. *See* Doc. 29 (detailing the plaintiff's three strikes) and 28 U.S.C. § 1915(g) (setting forth the three strikes rule). As the plaintiff could not proceed as a pauper, the court set a deadline of 21 days from the date of the order to pay the filing fee; the plaintiff did not do so, and the court dismissed this case. *Id.*

Undeterred by the dismissal of his case, the plaintiff has filed six motions seeking various forms of relief, from documenting alleged actions by the defendants and others – to reinstatement of his case. To the extent that the plaintiff may be seeking relief from judgment under Fed. R. Civ. P. 60(b), he has not met any of the criteria for obtaining such relief: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order. The plaintiff has asserted neither a specific justification for relief – nor "any other reason justifying relief from the operation" of the judgment. Fed. R.

Civ. P. 60(b). Ultimately, this case was closed for failure to pay the filing fee, and the plaintiff has not done so; as such, the instant motions [31], [32], [33], [35], [36], [37] are **DISMISSED**.

**SO ORDERED**, this, the 1st day of December, 2023.

                                                                      /s/ Glen H. Davidson
                                                                      SENIOR JUDGE