IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SOLOMON KENNEDY**                                                                      **PLAINTIFF**

v.                                                                                      No. 4:23CV14-GHD-RP

**TATE REEVES, ET AL.**                                                             **DEFENDANTS**

### ORDER *DISMISSING AS MOOT* VARIOUS FRIVOLOUS POST-JUDGMENT MOTIONS [40], [41], [42], [43], [45], [46], [47], [48], [49], [50], [51]

This matter comes before the court on the plaintiff's various post-judgment motions [40], [41], [42], [43], [45], [46], [47], [48], [49], [50], [51]. For the reasons set forth below, the motions will be dismissed. On July 11, 2023, the court denied [29] the plaintiff's motion to proceed as a pauper, as he had accumulated three "strikes" under the Prison Litigation Reform Act. Doc. 29. The deadline for the plaintiff to pay the filing fee was August 1, 2023; the plaintiff did not pay the fee by the deadline, and the case was terminated on that date. Since the dismissal of this case, the plaintiff has bombarded the court with various motions, none of which has merit, and all of which have consumed the court's time and effort. This case is closed, and none of the motions involve a challenge to its dismissal. As such, the instant post-judgment motions **[40], [41], [42], [43], [45], [46], [47], [48], [49], [50], [51]** are **DISMISSED** as moot.

**SO ORDERED**, this, the 22nd day of August, 2024.

/s/ Glen H. Davidson
SENIOR JUDGE